UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


WILLIAM ALBERTO ESTRADA,

        Plaintiff,

v.                      Case No. 3:12-cv-1010-J-99TJC-JRK

JOHN PALMER, et al.,

        Defendants.

_____

**ORDER**

    This cause is before the Court upon Plaintiff's Complaint (Doc. #1).  This matter was considered by the United States Magistrate Judge, pursuant to 28 U.S.C. § 636.  The Magistrate Judge filed a Report and Recommendation (Doc. #7) on October 24, 2012, recommending the dismissal of the case without prejudice pursuant to 28 U.S.C. § 1915A(e)(2)(B).  The Magistrate Judge informed Plaintiff that, within fourteen (14) days after being served with a copy of the Report and Recommendation, he may serve and file specific written objections to the proposed findings and recommendations.  Furthermore, Plaintiff was advised that a judge of the court would make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection was made.

As of the date of this Order, Plaintiff has not filed any objections to the Report and Recommendation. He did, however, file a document pursuant to the mailbox rule on October 19, 2012, entitled Motion to Object and Preserve Objections on the Record (Doc. #8), which is construed to be an objection to the Order (Doc. #6) denying his motion for temporary restraining order. The objection to the denial of the temporary restraining order will be overruled.

Upon consideration of the Magistrate Judge's Report and Recommendation and upon this Court's independent examination, it is

**ORDERED:**

1. That Petitioner's objection to the denial of the request for a temporary restraining order, <u>see</u> Order (Doc. #6), is **overruled**.

2. That the Magistrate Judge's Report and Recommendation (Doc. #7), filed herein on October 24, 2012, is hereby **adopted and affirmed and made a part hereof.**

3. That the case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B).

4. That the Clerk shall enter judgment accordingly and close this case.

5. That the Clerk shall terminate any pending motions.

6.    A copy of this Order and the Report and Recommendation will be sent to the Warden of Florida State Prison to determine if any of Plaintiff's complaints should be addressed.

**DONE AND ORDERED** at Jacksonville, Florida, this 7th day of January, 2013.

TIMOTHY J. CORRIGAN
United States District Judge

sa 11/14
c:
The Honorable James R. Klindt
United States Magistrate Judge

William Alberto Estrada
Warden, FSP